### 13867. GRIGGS *v.* THE STATE.

BLOODWORTH, J. When all the evidence and the entire charge are considered, there is nothing in any of the special grounds of the motion for a new trial that requires a reversal of the judgment in this case; the evidence abundantly supports the verdict, and the motion for a new trial was properly overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 14, 1922. REHEARING DENIED DECEMBER 13, 1922.

Accusation of keeping lewd house; from city court of Macon — Judge Gunn. June 14, 1922.

*Wallace Miller, W. A. McClellan,* for plaintiff in error.

*Roy W. Moore, solicitor,* contra.